DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE WILL OF PARKER

No. 594P85.

Case below: 76 N.C. App. 594.

Petition by propounders for discretionary review under G.S. 7A-31 denied 10 December 1985.

KING v. ALLRED

No. 610P85.

Case below: 76 N.C. App. 427.

Petition by defendant (Allred) for discretionary review under G.S. 7A-31 denied 10 December 1985.

LEVINE v. PARKS CHEVROLET, INC.

No. 503P85.

Case below: 76 N.C. App. 44.

Petition by defendant (Parks Chevrolet, Inc.) for discretionary review under G.S. 7A-31 denied 10 December 1985.

MARKS v. MARKS

No. 475PA85.

Case below: 75 N.C. App. 522.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 10 December 1985.

NEW HANOVER COUNTY v. BURTON

No. 608P85.

Case below: 76 N.C. App. 542.

Petition by defendants for discretionary review under G.S. 7A-31 denied 10 December 1985.